UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIE GROSS,

                         Plaintiff,

-v-                                    No. 17-cv-8378 (RJS)
                                            ORDER

CELINE, INC.,

                         Defendant.

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from the parties informing the Court that the parties have reached a settlement. (Doc. No. 11.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:      January 9, 2018
              New York, New York

                                                       RICHARD J. SULLIVAN
                                                       UNITED STATES DISTRICT JUDGE