UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATALIE GROSS, an individual, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CELINE, INC., )<br>)<br>Defendant. )<br>) | Case No. 1:17-CV-08378<br>**STIPULATION & ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Date: January 12, 2018

_____
Javier L. Merino, Esq.
DANNLAW
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073

E-mail: jmerino@dannlaw.com

*Attorneys for Plaintiff*

_____
Joshua A. Stein, Esq.
EPSTEIN, BECKER & GREEN P.C.
250 Park Avenue
New York, NY 10177

E-mail: jstein@ebglaw.com

*Attorneys for Defendant*

SO ORDERED:

_____     Date: _____

Hon. Richard J. Sullivan, U.S.D.J.

16